UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. HOLLOWAY BURGESS,

                Plaintiff,

-against-

THE NEW SCHOOL UNIVERSITY;
KATHERINE WOLKOFF; RACHEL
SCHRIEBER; RHONNIE YAUS; ARLENE
DE LA ROSA; JENNIFER PENLEY;
DWIGHT A. MCBRIDE; RENEE T.
WHITE; SONYA WILLIAMS; SARAH
BOGUCKI; SHANA AGID; KATE
EVANISHYN; YASAMIN GHANBARI,

                Defendants.

24-CV-00368 (JGK)

ORDER OF SERVICE

JOHN G. KOELTL, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants the New School University; Katherine Wolkoff; Rachel Schrieber; Rhonnie Yaus; Arlene De La Rosa; Jennifer Penley; Dwight A. McBride; Renee T. White; Sonya Williams; Sarah Bogucki; Shana Agid; Kate Evanishyn; and Yasamin Ghanbari. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses.[1]

    If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because Plaintiff had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

Plaintiff submitted a motion for permission for electronic case filing but left blank the question as to whether Plaintiff had completed the Court's CM/ECF introduction course. (ECF 7, ¶ 2.) The motion is denied without prejudice to renewal once Plaintiff submits a new motion indicating that they[2] have completed that course. The motion for consolidation is denied as moot, because this matter has been assigned to me as related to *Burgess v. New School Univ.*, No. 23-CV-4944 (JGK). The Clerk of Court is directed to terminate both motions. (ECF 4, 7.)

SO ORDERED.

Dated:  New York, New York
2/27/24

JOHN G. KOELTL
UNITED STATES District Judge

---

[2] Plaintiff uses them/they pronouns.