```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

M. HOLLOWAY BURGESS,                                24-cv-368 (JGK)
                                                    23-cv-4944 (JGK)
                Plaintiff,
                                                    ORDER
       - against -

THE NEW SCHOOL UNIVERSITY, ET AL.,

                Defendants.

**JOHN G. KOELTL, District Judge:**

    The defendants have filed a request for a pre-motion conference in connection with the defendants' anticipated motion to dismiss this complaint.

    The pre-motion conference in this case should be held at the same time as the next conference in the related case, <u>Burgess v. The New School University, et al.</u>, No. 23-cv-4944 (S.D.N.Y.).

    The Court will hold a telephone conference in both cases on Tuesday, **January 14, 2025**, at **4:30 p.m.** Dial-in: 888-363-4749, with access code 8140049.

    The Clerk is respectfully directed to: (1) file this order in each of the above-captioned cases; and (2) close ECF No. 27 in case number 24-cv-368.

SO ORDERED.

Dated:   New York, New York
           October 4, 2024

                                                                            */s/ John G. Koeltl*
                                                                  John G. Koeltl
                                             United States District Judge