IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| , | ) | **NOTICE OF VOLUNTARY** |
| Plaintiff(s) | ) | **DISMISSAL PURSUANT TO** |
| m Holloway Burgess | ) | **F.R.C.P. 41(a)(1)(A)(i)** |
| v. | ) | |
| | ) | Case No.: 1:24-cv-00368-JGK |
| , | ) | |
| Defendant(s) | ) | |
| New School University, et al. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) __m Holloway Burgess__ and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s)

The New School University, Katherine Wolkoff, Rachel Schrieber, Rhonnie Jaus, Arlene De La Rosa, Jennifer Penley, Dwight A. McBride, Renee T. White, Sonya Williams, Sarah Bogucki, Shana Agid, Kate Evanishyn

Date: 1/11/2025

*David Berman*
_____
*Signature of plaintiffs or plaintiff's counsel*

16 Court Street
_____
*Address*

Brooklyn, NY 11241
_____
*City, State & Zip Code*

347-229-1514
_____
*Telephone Number*