IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

,  )  **NOTICE OF VOLUNTARY**
Plaintiff(s)  )  **DISMISSAL PURSUANT TO**
v.  )  **F.R.C.P. 41(a)(1)(A)(i)**
m Holloway Burgess  )
)  Case No.: 1:24-cv-00368-JGK
,  )
Defendant(s)  )
)
New School University, et al.
)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) __m Holloway Burgess__ and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s)

~~The New School University, Katherine~~ Wolkoff, Rachel Schrieber, Rhonnie Jaus, Arlene De La Rosa, Jennifer Penley, Dwight A. McBride Renee T. White, Sonya Williams, Sarah Bogucki, Shana Agid, Kate Evanishyn

Date: 1/11/2025

*David Berman*

*Signature of plaintiffs or plaintiff's counsel*

16 Court Street

*Address*

Brooklyn, NY 11241

*City, State & Zip Code*

347-229-1514

*Telephone Number*